# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: CURTIS, LESLIE L. | § | Case No. 14-83038 |
| CURTIS, IDA M. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 06, 2014. The undersigned trustee was appointed on October 07, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     13,047.52

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 46.84 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 13,000.68 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/30/2015 and the deadline for filing governmental claims was 04/30/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,190.70.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,190.70, for a total compensation of $1,190.70.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $16.00, for total expenses of $16.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/24/2015            By: /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-83038
**Case Name:** CURTIS, LESLIE L.
CURTIS, IDA M.
**Period Ending:** 06/24/15

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 10/06/14 (f)
**§341(a) Meeting Date:** 11/14/14
**Claims Bar Date:** 04/30/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Real estate located at 1909 McNeil Road, Rock  Orig. Description: Real estate located at 1909 McNeil Road, Rock; Imported from original petition Doc# 1 | 44,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand  Orig. Description: Cash on hand; Imported from original petition Doc# 1 | 550.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account Sterling Federal Bank certifica  Orig. Description: Checking account Sterling Federal Bank certificates of deposit or in banks, savings and loan, building and loan, and associations, or credit brokerage houses, or; Imported from original petition Doc# 1 (See Footnote) | 50.00 | 0.00 | | 0.00 | FA |
| 4 | 2 beds  Orig. Description: 2 beds; Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 5 | 2 dressers  Orig. Description: 2 dressers; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 6 | 2 TVs  Orig. Description: 2 TVs; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 7 | gMicrowave cart  Orig. Description: gMicrowave cart; Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 8 | Pots, pans, dishes & linens  Orig. Description: Pots, pans, dishes & linens; Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 9 | 1shelves  Orig. Description: 1shelves; Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 10 | Stove  Orig. Description: Stove; Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-83038  
**Case Name:** CURTIS, LESLIE L.  
CURTIS, IDA M.  
**Period Ending:** 06/24/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/06/14 (f)  
**§341(a) Meeting Date:** 11/14/14  
**Claims Bar Date:** 04/30/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 11 | table & chairs<br>Orig. Description: able & chairs; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 12 | Clothing<br>Orig. Description: Clothing; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Jewelry<br>Orig. Description: Jewelry; Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Pension with Antec. Receives $112.00 per month<br>Orig. Description: Pension with Antec. Receives $112.00 per month; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 15 | 1996 Geo Metro (162,000 miles)<br>Orig. Description: 1996 Geo Metro (162,000 miles); Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 16 | 2 wheel trailer<br>Orig. Description: 2 wheel trailer; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 17 | 2009 Ford Taurus (109,000 miles)<br>Orig. Description: 2009 Ford Taurus (109,000 miles); Imported from original petition Doc# 1 title subject to Suntrust lien | 7,500.00 | 0.00 | | 0.00 | FA |
| 18 | 14 foot aluminum boat, motor & trailer<br>Orig. Description: 14 foot aluminum boat, motor & trailer; Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 19 | Tools<br>Orig. Description: Tools; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 20 | AUTOMOBILES AND OTHER VEHICLES (u)<br>1995 Newmark Kountrystar mobile home (or insurance cash proceeds) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | 1995 Club Golf cart (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Insurance Claim payment-personal property (u) | 0.00 | 13,047.52 | | 13,047.52 | FA |

Printed: 06/24/2015 07:59 AM    V.13.23

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 14-83038  
**Case Name:** CURTIS, LESLIE L.  
CURTIS, IDA M.  
**Period Ending:** 06/24/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/06/14 (f)  
**§341(a) Meeting Date:** 11/14/14  
**Claims Bar Date:** 04/30/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | It is unknown if Debtors are entitled to receive an additional proceeds. Invesigation continues. | | | | | |
| 22 | Assets  Totals (Excluding unknown values) | **$54,075.00** | **$13,047.52** | | **$13,047.52** | **$0.00** |

RE PROP# 3   Actual balance on 10/6/14 ranged from 377.02 - 327.33.  
RE PROP# 20  Mobile home was titled in daughter's name, w/ debtors' address. Debtors insured it and used it.  
Insurance company issued lsos proceeds to each Debtor and their daughter.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 14, 2015     **Current Projected Date Of Final Report (TFR):**   June 22, 2015  (Actual)

Printed: 06/24/2015 07:59 AM    V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-83038  
**Case Name:** CURTIS, LESLIE L.  
CURTIS, IDA M.  
**Taxpayer ID #:** **-***7279  
**Period Ending:** 06/24/15

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/19/15 | {22} | State Farm Fire & Casualty Company | insurance claim payment for loss of personal property | 1229-000 | 13,047.52 | | 13,047.52 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13,037.52 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.75 | 13,018.77 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.09 | 13,000.68 |

|  |  |  |  |
|---|---|---:|---:|
| | **ACCOUNT TOTALS** | 13,047.52 | 46.84 | $13,000.68 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 13,047.52 | 46.84 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$13,047.52** | **$46.84** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5866** | 13,047.52 | 46.84 | 13,000.68 |
| | $13,047.52 | $46.84 | $13,000.68 |

{} Asset reference(s)

Printed: 06/24/2015 07:59 AM    V.13.23

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case: 14-83038   CURTIS, LESLIE L.

**Case Balance:** $13,000.68    **Total Proposed Payment:** $13,000.68    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | SunTrust Bank | Secured | 8,089.37 | 0.00 | 0.00 | 0.00 | 0.00 | 13,000.68 |
| NOTFILED | Midland State Bank | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,000.68 |
|  | Ehrmann Gehlbach Badger Lee & Considine, LLC <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 33.25 | 33.25 | 0.00 | 33.25 | 33.25 | 12,967.43 |
|  | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,815.00 | 1,815.00 | 0.00 | 1,815.00 | 1,815.00 | 11,152.43 |
|  | MEGAN G. HEEG <2200-00   Trustee Expenses> | Admin Ch. 7 | 16.00 | 16.00 | 0.00 | 16.00 | 16.00 | 11,136.43 |
|  | MEGAN G. HEEG <2100-00   Trustee Compensation> **Claim Memo:** [Updated by Surplus to Debtor Report based on Net Estate Value: 4762.80] | Admin Ch. 7 | 1,190.70 | 1,190.70 | 0.00 | 1,190.70 | 1,190.70 | 9,945.73 |
| 2 | GENESIS HEALTH SYSTEM | Unsecured | 1,277.61 | 1,277.61 | 0.00 | 1,277.61 | 1,277.61 | 8,668.12 |
| 3 | Cavalry SPVI LLC assignee Capital One, NA | Unsecured | 247.27 | 247.27 | 0.00 | 247.27 | 247.27 | 8,420.85 |
| 4 | Raulerson Hospital | Unsecured | 134.83 | 134.83 | 0.00 | 134.83 | 134.83 | 8,286.02 |
| NOTFILED | Bay Area Credit | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,286.02 |
| NOTFILED | Big Water Emergency | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,286.02 |
| NOTFILED | CGH Medical Center | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,286.02 |
| NOTFILED | Integrative Rehab Medicine | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,286.02 |
| NOTFILED | Medicredit, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,286.02 |
| NOTFILED | Midwest Medics, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,286.02 |
| NOTFILED | Northern Illinois Medical | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,286.02 |
| NOTFILED | OSF Medical Center | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,286.02 |
| NOTFILED | Rockford Anesthesiologists | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,286.02 |
| NOTFILED | Todd D. Alexander, MD | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,286.02 |
| 2I | GENESIS HEALTH SYSTEM | Unsecured | 1.00 | 1.00 | 0.00 | 1.00 | 1.00 | 8,285.02 |
| 3I | Cavalry SPVI LLC assignee Capital One, NA | Unsecured | 0.19 | 0.19 | 0.00 | 0.19 | 0.19 | 8,284.83 |

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case:  14-83038   CURTIS, LESLIE L.

| **Case Balance:** | $13,000.68 | **Total Proposed Payment:** | $13,000.68 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 4I | Raulerson Hospital | Unsecured | 0.11 | 0.11 | 0.00 | 0.11 | 0.11 | 8,284.72 |
| SURPLUS | CURTIS, LESLIE L. | Unsecured | 8,284.72 | 8,284.72 | 0.00 | 8,284.72 | 8,284.72 | 0.00 |
| | **Total for Case 14-83038 :** | | **$21,090.05** | **$13,000.68** | **$0.00** | **$13,000.68** | **$13,000.68** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $3,054.95 | $3,054.95 | $0.00 | $3,054.95 | 100.000000% |
| **Total Secured Claims :** | $8,089.37 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $9,945.73 | $9,945.73 | $0.00 | $9,945.73 | 100.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-83038
Case Name: CURTIS, LESLIE L.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 13,000.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | SunTrust Bank | 8,089.37 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,000.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,190.70 | 0.00 | 1,190.70 |
| Trustee, Expenses - MEGAN G. HEEG | 16.00 | 0.00 | 16.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,815.00 | 0.00 | 1,815.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 33.25 | 0.00 | 33.25 |

Total to be paid for chapter 7 administration expenses: $ 3,054.95
Remaining balance: $ 9,945.73

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,945.73

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 9,945.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,659.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | GENESIS HEALTH SYSTEM | 1,277.61 | 0.00 | 1,277.61 |
| 3 | Cavalry SPVI LLC assignee Capital One, NA | 247.27 | 0.00 | 247.27 |
| 4 | Raulerson Hospital | 134.83 | 0.00 | 134.83 |

Total to be paid for timely general unsecured claims: $ 1,659.71
Remaining balance: $ 8,286.02

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 8,286.02

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | **$** 0.00 |
| Remaining balance: | $ 8,286.02 |

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $1.30.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $8,284.72.

**UST Form 101-7-TFR (05/1/2011)**