UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: CURTIS, LESLIE L.<br>        CURTIS, IDA M.<br><br>Debtor(s) | § Case No. 14-83038<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG                         , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 09/28/2015 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated:  06/22/2015            By:  /s/MEGAN G. HEEG
                                                  Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| In re: CURTIS, LESLIE L. | § Case No. 14-83038 |
|---|---|
| CURTIS, IDA M. | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 13,047.52 |
| and approved disbursements of | $ 46.84 |
| leaving a balance on hand of [1] | $ 13,000.68 |
| **Balance on hand:** | $ 13,000.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | SunTrust Bank | 8,089.37 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 13,000.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,190.70 | 0.00 | 1,190.70 |
| Trustee, Expenses - MEGAN G. HEEG | 16.00 | 0.00 | 16.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,815.00 | 0.00 | 1,815.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 33.25 | 0.00 | 33.25 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 3,054.95 |
| Remaining balance: | $ | 9,945.73 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:  $      0.00
    Remaining balance:  $      9,945.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:  $      0.00
    Remaining balance:  $      9,945.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,659.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | GENESIS HEALTH SYSTEM | 1,277.61 | 0.00 | 1,277.61 |
| 3 | Cavalry SPVI LLC assignee Capital One, NA | 247.27 | 0.00 | 247.27 |
| 4 | Raulerson Hospital | 134.83 | 0.00 | 134.83 |

    Total to be paid for timely general unsecured claims:  $      1,659.71
    Remaining balance:  $      8,286.02

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 8,286.02

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 8,286.02

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1.30. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 8,284.72.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MEGAN G. HEEG
                                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 14-83038-TML
Leslie L. Curtis                                                       Chapter 7
Ida M. Curtis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 1               Date Rcvd: Aug 07, 2015
                              Form ID: pdf006             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2015.
db/jdb         #+Leslie L. Curtis,    Ida M. Curtis,    1909 McNeil Road,    Rock Falls, IL 61071-3223
22483751        +Bay Area Credit,    P.O. Box 467600,    Atlanta, GA 31146-7600
22483752        +Big Water Emergency,    P.O. Box 37872,    Philadelphia, PA 19101-0172
22483753        +CGH Medical Center,    100 E. LeFevre Road,    Sterling, IL 61081-1279
23141314        +Cavalry SPVI LLC assignee Capital One, NA,    Bass Associates PC,
                  3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
22483749        +Curtis Ida M,   1909 McNeil Road,    Rock Falls, IL 61071-3223
22483748        +Curtis Leslie L,    1909 McNeil Road,    Rock Falls, IL 61071-3223
22483750         Gregory F Schott,    205 Thrid Avenue,    Sterling, IL  61081
22483755        +Integrative Rehab Medicine,    P.O. Box 4912,    Wheaton, IL 60189-4912
22483756        +Medicredit, Inc.,    P.O. Box 1629,    Maryland Heights, MO 63043-0629
22483758        +Midwest Medics, Inc.,    P.O. Box 260,    Mendota, IL 61342-0260
22483759        +Northern Illinois Medical,    2600 N. Locust Street,    Sterling, IL 61081-4602
22483760        +OSF Medical Center,    5510 E. State Street,    Rockford, IL 61108-2381
22483761        +Rockford Anesthesiologists,    P.O. 4569,    Rockford, IL 61110-4569
22925825        +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
22483762        +Suntrust,   P.O. Box 791144,    Baltimore, MD 21279-1144
22483763        +Todd D. Alexander, MD,    1235 N. Mulford Road,    Rockford, IL 61107-3879

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23101235        +E-mail/Text: bankruptcy@hraccounts.com Aug 08 2015 00:39:50      GENESIS HEALTH SYSTEM,
                  C/O H AND R ACCOUNTS INC,    PO BOX 672,   MOLINE IL 61266-0672
22483754        +E-mail/Text: bankruptcy@hraccounts.com Aug 08 2015 00:39:50      H&R Accounts, Inc.,
                  7017 John Deere Pkwy,    Moline, IL 61265-8072
22483757        +E-mail/Text: lzeimetz@midlandstatesbank.com Aug 08 2015 00:41:33      Midland State Bank,
                  1201 Network Centre Drive,    Effingham, IL 62401-4602
23232331        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2015 00:35:01      Raulerson Hospital,
                  c/o Resurgent Capital Services,    Po Box 1927,   Greenville, SC 29602-1927
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2015 at the address(es) listed below:
              Cari A Kauffman    on behalf of Creditor    SunTrust Bank ckauffman@sormanfrankel.com,
               dfrankel@sormanfrankel.com
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              Gloria C  Tsotsos    on behalf of Creditor    Midland States Bank nd-two@il.cslegal.com
              Gregory F Schott    on behalf of Joint Debtor Ida M. Curtis schottlaw1@sbcglobal.net
              Gregory F Schott    on behalf of Debtor Leslie L. Curtis schottlaw1@sbcglobal.net
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com, IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 8