# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: CURTIS, LESLIE L. | § | Case No.  14-83038 |
| CURTIS, IDA M. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$54,075.00_ <br> *(without deducting any secured claims)* | Assets Exempt:  _$3,872.00_ |
| Total Distribution to Claimants:_$1,661.01_ | Claims Discharged <br> Without Payment: _$3,054.29_ |
| Total Expenses of Administration:_$3,101.79_ | |

3)  Total gross receipts of $      13,047.52    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      8,284.72   (see **Exhibit 2**), yielded net receipts of  $4,762.80 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $8,089.37 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,101.79 | 3,101.79 | 3,101.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,331.90 | 1,661.01 | 1,661.01 | 1,661.01 |
| **TOTAL DISBURSEMENTS** | $4,331.90 | $12,852.17 | $4,762.80 | $4,762.80 |

4)  This case was originally filed under Chapter 7 on October 06, 2014. The case was pending for 13 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/12/2015          By:  /s/MEGAN G. HEEG
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Insurance Claim payment-personal property | 1229-000 | 13,047.52 |
| **TOTAL GROSS RECEIPTS** | | $13,047.52 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CURTIS, LESLIE L. | Dividend paid 100.00% on $8,284.72; Claim# SURPLUS; Filed: $8,284.72; Reference: 8200-002 | | 8,284.72 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $8,284.72 |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SunTrust Bank | 4110-000 | 0.00 | 8,089.37 | 0.00 | 0.00 |
| NOTFILED | Midland State Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $8,089.37 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,190.70 | 1,190.70 | 1,190.70 |
| MEGAN G. HEEG | 2200-000 | N/A | 16.00 | 16.00 | 16.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 1,815.00 | 1,815.00 | 1,815.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 33.25 | 33.25 | 33.25 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 18.75 | 18.75 | 18.75 |
| Rabobank, N.A. | 2600-000 | N/A | 18.09 | 18.09 | 18.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,101.79** | **$3,101.79** | **$3,101.79** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | GENESIS HEALTH SYSTEM | 7100-000 | 1,277.61 | 1,277.61 | 1,277.61 | 1,277.61 |
| 2I | GENESIS HEALTH SYSTEM | 7990-000 | N/A | 1.00 | 1.00 | 1.00 |
| 3 | Cavalry SPVI LLC assignee Capital One, NA | 7100-000 | N/A | 247.27 | 247.27 | 247.27 |
| 3I | Cavalry SPVI LLC assignee Capital One, NA | 7990-000 | N/A | 0.19 | 0.19 | 0.19 |
| 4 | Raulerson Hospital | 7100-000 | N/A | 134.83 | 134.83 | 134.83 |
| 4I | Raulerson Hospital | 7990-000 | N/A | 0.11 | 0.11 | 0.11 |
| NOTFILED | Northern Illinois Medical | 7100-000 | 26.22 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Medics, Inc. | 7100-000 | 197.89 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Anesthesiologists | 7100-000 | 131.62 | N/A | N/A | 0.00 |
| NOTFILED | OSF Medical Center | 7100-000 | 1,262.56 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Todd D. Alexander, MD | 7100-000 | 825.24 | N/A | N/A | 0.00 |
| NOTFILED | Medicredit, Inc. | 7100-000 | 43.73 | N/A | N/A | 0.00 |
| NOTFILED | Integrative Rehab Medicine | 7100-000 | 40.41 | N/A | N/A | 0.00 |
| NOTFILED | Bay Area Credit | 7100-000 | 102.19 | N/A | N/A | 0.00 |
| NOTFILED | Big Water Emergency | 7100-000 | 12.63 | N/A | N/A | 0.00 |
| NOTFILED | CGH Medical Center | 7100-000 | 411.80 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $4,331.90 | $1,661.01 | $1,661.01 | $1,661.01 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-83038 | **Trustee:** (330490)  MEGAN G. HEEG |
| **Case Name:** CURTIS, LESLIE L. | **Filed (f) or Converted (c):** 10/06/14 (f) |
| CURTIS, IDA M. | **§341(a) Meeting Date:** 11/14/14 |
| **Period Ending:** 11/12/15 | **Claims Bar Date:** 04/30/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | Real estate located at 1909 McNeil Road, Rock<br>Orig. Description: Real estate located at 1909 McNeil Road, Rock; Imported from original petition Doc# 1 | 44,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand<br>Orig. Description: Cash on hand; Imported from original petition Doc# 1 | 550.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account Sterling Federal Bank certifica<br>Orig. Description: Checking account Sterling Federal Bank certificates of deposit or in banks, savings and loan, building and loan, and associations, or credit brokerage houses, or; Imported from original petition Doc# 1  (See Footnote) | 50.00 | 0.00 | | 0.00 | FA |
| 4 | 2 beds<br>Orig. Description: 2 beds; Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 5 | 2 dressers<br>Orig. Description: 2 dressers; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 6 | 2 TVs<br>Orig. Description: 2 TVs; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 7 | gMicrowave cart<br>Orig. Description: gMicrowave cart; Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 8 | Pots, pans, dishes & linens<br>Orig. Description: Pots, pans, dishes & linens; Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 9 | 1shelves<br>Orig. Description: 1shelves; Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 10 | Stove<br>Orig. Description: Stove; Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-83038 | **Trustee:**    (330490)    MEGAN G. HEEG |
| **Case Name:**    CURTIS, LESLIE L. | **Filed (f) or Converted (c):** 10/06/14 (f) |
|             CURTIS, IDA M. | **§341(a) Meeting Date:**    11/14/14 |
| **Period Ending:** 11/12/15 | **Claims Bar Date:**    04/30/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | table & chairs<br>   Orig. Description: able & chairs; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 12 | Clothing<br>   Orig. Description: Clothing; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Jewelry<br>   Orig. Description: Jewelry; Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Pension with Antec. Receives $112.00 per month<br>   Orig. Description: Pension with Antec. Receives $112.00 per month; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 15 | 1996 Geo Metro (162,000 miles)<br>   Orig. Description: 1996 Geo Metro (162,000 miles); Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 16 | 2 wheel trailer<br>   Orig. Description: 2 wheel trailer; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 17 | 2009 Ford Taurus (109,000 miles)<br>   Orig. Description: 2009 Ford Taurus (109,000 miles); Imported from original petition Doc# 1 title subject to Suntrust lien | 7,500.00 | 0.00 | | 0.00 | FA |
| 18 | 14 foot aluminum boat, motor & trailer<br>   Orig. Description: 14 foot aluminum boat, motor & trailer; Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 19 | Tools<br>   Orig. Description: Tools; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 20 | AUTOMOBILES AND OTHER VEHICLES  (u)<br>   1995 Newmark Kountrystar mobile home (or insurance cash proceeds)  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | 1995 Club Golf cart  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Insurance Claim payment-personal property  (u) | 0.00 | 13,047.52 | | 13,047.52 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 14-83038 | Trustee: | (330490) | MEGAN G. HEEG |
| --- | --- | --- | --- | --- |
| Case Name: | CURTIS, LESLIE L. | Filed (f) or Converted (c): | 10/06/14 (f) | |
| | CURTIS, IDA M. | §341(a) Meeting Date: | 11/14/14 | |
| Period Ending: | 11/12/15 | Claims Bar Date: | 04/30/15 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| | It is unknown if Debtors are entitled to receive an additional proceeds.  Invesigation continues. | | | | | |
| 22 Assets | Totals (Excluding unknown values) | $54,075.00 | $13,047.52 | | $13,047.52 | $0.00 |

RE PROP# 3    Actual balance on 10/6/14 ranged from 377.02 - 327.33.

RE PROP# 20    Mobile home was titled in daughter's name, w/ debtors' address.  Debtors insured it and used it.

              Insurance company issued lsos proceeds to each Debtor and their daughter.

---

**Major Activities Affecting Case Closing:**

| Initial Projected Date Of Final Report (TFR): | December 14, 2015 | Current Projected Date Of Final Report (TFR): | June 22, 2015  (Actual) |
| --- | --- | --- | --- |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-83038 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** CURTIS, LESLIE L. | **Bank Name:** Rabobank, N.A. |
| CURTIS, IDA M. | **Account:** ******5866 - Checking Account |
| **Taxpayer ID #:** **-***7279 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 11/12/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/19/15 | {22} | State Farm Fire & Casualty Company | insurance claim payment for loss of personal property | 1229-000 | 13,047.52 | | 13,047.52 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13,037.52 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.75 | 13,018.77 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.09 | 13,000.68 |
| 10/05/15 | 101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $33.25, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 33.25 | 12,967.43 |
| 10/05/15 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $1,815.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,815.00 | 11,152.43 |
| 10/05/15 | 103 | GENESIS HEALTH SYSTEM | Dividend paid 100.00% on $1,277.61; Claim# 2; Filed: $1,277.61; Reference: J | 7100-000 | | 1,277.61 | 9,874.82 |
| 10/05/15 | 104 | Cavalry SPVI LLC assignee Capital One, NA | Dividend paid 100.00% on $247.27; Claim# 3; Filed: $247.27; Reference: | 7100-000 | | 247.27 | 9,627.55 |
| 10/05/15 | 105 | Raulerson Hospital | Dividend paid 100.00% on $134.83; Claim# 4; Filed: $134.83; Reference: | 7100-000 | | 134.83 | 9,492.72 |
| 10/05/15 | 106 | GENESIS HEALTH SYSTEM | Dividend paid 100.00% on $1.00; Claim# 2I; Filed: $1.00; Reference: J | 7990-000 | | 1.00 | 9,491.72 |
| 10/05/15 | 107 | Cavalry SPVI LLC assignee Capital One, NA | Dividend paid 100.00% on $0.19; Claim# 3I; Filed: $0.19; Reference: | 7990-000 | | 0.19 | 9,491.53 |
| 10/05/15 | 108 | Raulerson Hospital | Dividend paid 100.00% on $0.11; Claim# 4I; Filed: $0.11; Reference: | 7990-000 | | 0.11 | 9,491.42 |
| 10/05/15 | 109 | CURTIS, LESLIE L. | Dividend paid 100.00% on $8,284.72; Claim# SURPLUS; Filed: $8,284.72; Reference: | 8200-002 | | 8,284.72 | 1,206.70 |
| 10/05/15 | 110 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,206.70 | 0.00 |
| | | | Dividend paid 100.00%        1,190.70 on $1,190.70;  Claim# ; Filed: $1,190.70 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%        16.00 on $16.00;  Claim# ; Filed: $16.00 | 2200-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 13,047.52 | 13,047.52 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 13,047.52 | 13,047.52 | |
| Less: Payments to Debtors | | 8,284.72 | |
| **NET Receipts / Disbursements** | **$13,047.52** | **$4,762.80** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 14-83038 | |
| **Case Name:** | CURTIS, LESLIE L. | |
| | CURTIS, IDA M. | |
| **Taxpayer ID #:** | **-***7279 | |
| **Period Ending:** | 11/12/15 | |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5866 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******5866** | | 13,047.52 | 4,762.80 | 0.00 |
| | | $13,047.52 | $4,762.80 | $0.00 |